### DEANE agt. KEEN

Thomas Deane of Boston Merchant plaint. ag<sup>t</sup> John Keene of Boston Jnkeeper Defend<sup>t</sup> in an action of debt for Fifty three pounds Eighteen Shillings & six pence in mony due upon the ballance of acco<sup>ts</sup> with all due damages &c. . . . The Jury . . . found for the plaint. Fifty three pound Eighteen Shillings Six pence mony and costs of Court. [448]

### COMER ag<sup>t</sup> PECK

John Comer plaint. upon replevin ag<sup>t</sup> Tho: Peck Senio<sup>r</sup> Defend<sup>t</sup> The replevin and Evidences in the case produced being read & committed to the Jury, which remain on file with the Records of this Court The Jury brought in theire verdict they found for the plaint. the Shallop in controversy and costs of Court.

### MACKDANIEL ag<sup>t</sup> HALE

Dennis MackDaniel plaint. ag<sup>t</sup> Mary Hale widdow Defend<sup>t</sup> in an action of assault and Battery, for that the s<sup>d</sup> Hale came to the house of the s<sup>d</sup> MackDaniel Struck his wife and Strugled with her &c. whereby the plaint. is damnified very much with all other due damages &c. . . . The Jury . . . found for the plaintife three Shillings four pence damage & costs of Court allow<sup>d</sup> twenty Shillings and ten pence.

### MACKDANIEL ag<sup>t</sup> HALE

Dennis MackDaniel and his wife plaint. ag<sup>t</sup> Mary Hale widdow Defend<sup>t</sup> in an action of defamation for saying the wife of s<sup>d</sup> Mack-Daniel was a whore and that Shee had severall Children by other men and that the Cuckoldley old Rogue her husband owned them wherein the plaintifes are very much in theire names defamed and greatly damnified with all other due damages &c. . . . The Jury . . . found for the plaint. ten pound mony damage or that the Defend<sup>t</sup> make an acknowledgem<sup>t</sup> to Satisfaction of the Court in open Court & costs of Court allow<sup>d</sup> Sixteen Shillings Eight pence.

Execution issued aug<sup>o</sup> 10th 1677.